NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**IN RE: HERA WIRELESS S.A., SISVEL UK LIMITED,**

*Appellants*

———————————

2020-1894

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2018-01700, IPR2018-01701, IPR2018-01702.

———————————

**JUDGMENT**

———————————

TIMOTHY DEVLIN, Devlin Law Firm, Wilmington, DE, argued for appellants.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, HUGHES, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 17, 2021
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court